**James Floyd PHILPOTT, Appellant, v. UNITED STATES of America, Appellee.**

No. 11295.

United States Court of Appeals
Sixth Circuit.

June 4, 1951.

J. Floyd Philpott, pro se.

Ward Hudgins, Nashville, Tenn., for appellee.

Before HICKS, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This appeal from the order of the United States District Court denying the motion of appellant to vacate judgment has been duly considered upon the record, the brief of appellant, and the brief and oral argument of the United States Attorney for the appellee;

And it appearing that there is no reversible error in the proceedings below;

The judgment of the District Court is affirmed; and it is so ordered.

**REID H. RAY FILM INDUSTRIES, Inc., a corporation, Petitioner, v. FEDERAL TRADE COMMISSION.**

No. 14281.

United States Court of Appeals
Eighth Circuit.

June 26, 1951.

Oppenheimer, Hodgson, Brown, Baer & Wolf, St. Paul, Minn., for petitioner.

W. T. Kelley, Gen. Counsel, Federal Trade Commission, James W. Cassedy, Asst. Gen. Counsel, Federal Trade Commission, and John W. Carter, Jr., Acting Asst. Gen. Counsel in Charge of Appeals, Federal Trade Commission, all of Washington, D. C., for respondent.

PER CURIAM.

Petition for Review of Order of Federal Trade Commission dismissed with prejudice, but without costs to either party in this Court, on stipulation of parties.

**Robert Allen WORTHINGTON, Appellant, v. UNITED STATES of America, Appellee.**

No. 11329.

United States Court of Appeals
Sixth Circuit.

June 4, 1951.

Robert Allen Worthington, in pro. per.

Ray J. O'Donnell, Cincinnati, Ohio, Joseph Bullock, Cincinnati, Ohio, for appellee.

Before HICKS, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This appeal having been considered by the Court;

It is ordered that the judgment be affirmed on the Findings of Fact and Conclusions of Law of the District Judge.